PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Idris Alston                    Cr.: 22-00122-001
                                                                      PACTS #: 7603331

Name of Sentencing Judicial Officer:    THE HONORABLE JULIEN XAVIER NEALS
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/12/2023

Original Offense:   Count One: Possession of Ammunition by a Convicted Felon, 18 U.S.C. 922(g)(1)
                    Count Two: Distribution and Possession with Intent to Distribute Heroin, 21 U.S.C.
                    841(a)(1) and (b)(1)(C)

Original Sentence: 1 Day imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Life Skills Counseling, Education/Training Requirements, Location Monitoring Program, Mental Health Treatment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/12/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.**

                    On January 12, 2023, February 8, 2023, and February 27, 2023, Mr. Alston was drug tested and was positive for Marijuana.

U.S. Probation Officer Action:

Mr. Alston was verbally reprimanded for using Marijuana on the dates noted above. Mr. Alston is attending Mental Health and Substance Abuse Treatment services at Integrity House. In addition, he attends GED classes at the Jewish Vocational Services. At this time, the Probation Office is not recommending any court action to be taken. We will continue to monitor his compliance and notify Your Honor of any additional noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Afonso A. Fernandes*

By: AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

*Kevin M. Villa*     *3/13/23*

KEVIN M. VILLA     Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

X  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

Signature of Judicial Officer

3/14/2023

Date